# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN YANG,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00608-BAK<br><br>ORDER AMENDING THE SCHEDULING ORDER<br><br>(ECF Nos. 5, 13) |

On March 22, 2021, Mary Ann Yang ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) At that time, pursuant to General Order Number 615, all Social Security actions filed after February 1, 2020, were stayed until the Commissioner could begin normal operations at the Office of Appellate Hearings Operations and resume preparation of a certified copy of the administrative record. E.D. Cal. G.O. No. 615. On March 8, 2022, the Commissioner filed a certified copy of the administrative record. (ECF No. 12.) Accordingly, on March 9, 2022, the Court issued an order notifying the parties that the stay was lifted. (ECF No. 13.) Further, the Court issued an amended scheduling order which eliminated the confidential letter briefs and amended the briefing schedule with respect to the plaintiff's opening brief. (Id.)

An independent review of the docket, however, reveals that the Court's March 9, 2022

1

order advising the parties of the lifting of the stay and issuing an amended scheduling order was docketed but not electronically served on the parties. Therefore, it appears the parties were not sufficiently made aware of the new schedule's deadlines. As such, the Court shall re-issue the following amended scheduling order.

Accordingly, IT IS HEREBY ORDERED that the scheduling order (ECF Nos. 5, 13) is amended as follows:

1. **Within 45 days of service of this order**, the plaintiff shall file the motion for summary judgment;

2. **Within 45 days after service of the plaintiff's opening brief**, the defendant shall file the responsive brief;

3. **Within 15 days after filing of the defendant's brief**, the plaintiff shall file the optional reply brief;

4. Any motion for attorney fees shall be filed within 30 days after entry of final judgment. Opposition or a statement of non-opposition shall be filed within 30 days thereafter.

5. All references to the record and all assertion of fact must be accompanied by citations to the record. The opening and responsive brief shall contain the following:

 (a) A description of the plaintiff's alleged physical or emotional impairments, including when the plaintiff contends the impairments became disabling, and how these impairments disable the plaintiff from work;

 (b) A summary of all relevant medical evidence, including an explanation of the significance of clinical and laboratory findings and the purpose and effect of prescribed medication and therapy;

 (c) A summary of the relevant testimony at the administrative hearing;

 (d) A recitation of the defendant's findings and conclusions relevant to the plaintiff's claims;

 (e) A short, separate statement of each of the plaintiff's legal claims stated in terms of the insufficiency of the evidence to support findings of fact or reliance upon an erroneous legal standard; and

(f) Argument separately addressing each claimed error. Argument in support of each claim of error must be supported by citation to legal authority and explanation of the application of such authority to the facts of the particular case. Briefs that do not substantially comply with these requirements will be stricken.

6. Requests for modification of this briefing schedule must be made by written stipulation or motion and will be granted only for good cause. A request for a modification brought on the filing deadline will be looked upon with disfavor. Local Rule 144(d).

7. Violations of this order or of the federal rules of procedure or the Local Rules may result in sanctions pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:  **April 25, 2022**

UNITED STATES MAGISTRATE JUDGE